# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 348TH DISTRICT COURT OF TARRANT COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 27, 2014, the cause upon appeal to revise or reverse your judgment between

Federal National Mortgage Association, Appellant

V.

Summit Residential Services, LLC, as Trustee for The Hobby Falcon 2212 Land Trust, Appellee

No. 04-13-00775-CV and Tr. Ct. No. 348-263863-13

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.**

**We ORDER that Summit Residential Services, LLC, as Trustee for The Hobby Falcon 2212 Land Trust, recover its costs of this appeal from Federal National Mortgage Association.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 3, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00775-CV

### Federal National Mortgage Association

**v.**

### Summit Residential Services, LLC, as Trustee for The Hobby Falcon 2212 Land Trust

(NO. 348-263863-13 IN 348TH DISTRICT COURT OF TARRANT COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | KENNETH HARTER |
| CLERK'S RECORD | $30.00 | PAID | FEDERAL NAT'L MORTG ASSOC |
| MOTION FEE | $10.00 | E-PAID | KIMBERLY HILL |
| FILING FEE PAID TO COURT THAT TRANSFERRED CASE | $195.00 | PAID | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 3, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853